

**FOLEY HOAG** LLP

155 Seaport Boulevard
Boston, MA 02210-1000

617.832.1000 main
617.832.7000 fax

Andrew B. Loewenstein
aloewenstein@foleyhoag.com

July 1, 2026

<u>**Via ECF**</u>

Hon. Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*Application GRANTED. Unless and until the Court orders otherwise, Plaintiffs shall file any motion for a preliminary injunction by July 30, 2026. The initial pretrial conference previously scheduled for August 5, 2026 is hereby ADJOURNED sine die.*

*The Clerk of Court is directed to terminate ECF No. 34.*

*SO ORDERED.*

*July 2, 2026*

Re:     *Prost, et al. v. Trump, et al.*, Case No. 26-cv-5305-JMF
        Plaintiffs' Consented-to Motion for Leave to File Preliminary Injunction
        Motion Exceeding Word Limit, to Set Briefing Schedule, and to Defer Pre-
        Trial Conference

Dear Judge Furman:

This firm represents Plaintiffs Judge Kimberly Prost, Judge Solomy Balungi Bossa, and Judge Reine Adelaide Sophie Alapini-Gansou in the above-captioned action.

Plaintiffs write jointly with Defendants respectfully to request the following briefing schedule concerning their anticipated motion for a preliminary injunction:

- The Government's opposition to the motion is due no later than 4 weeks after Plaintiffs' motion.

- Plaintiffs' reply in support of their motion is due no later than 3 weeks after the Government's opposition.

- *Amicus* briefs in support of the motion for a preliminary injunction are due no later than 20 days after Plaintiffs' motion.

- *Amicus* briefs in support of any opposition to the motion for a preliminary injunction are due no later than 14 days after the due date for the Government's opposition.

The Parties also respectfully request that the Court defer the pre-trial conference scheduled for August 5, 2026, until after the Court issues a decision on Plaintiffs' motion for a preliminary injunction.

In addition, the Parties respectfully request leave, pursuant to Local Civil Rule 7.1(c), for each Party to file a memorandum of law in support of, and in opposition to, Plaintiffs' anticipated motion for a preliminary injunction, respectively, that exceeds the 8,750-word limit. The memoranda of law will be no more than 17,500 words. As good cause for the request, the Parties respectfully suggest that number of claims and legal issues they implicate merit the expanded word limit they have requested.

Respectfully submitted,

/s/ Andrew B. Loewenstein
Andrew B. Loewenstein
*Counsel for Plaintiffs*

cc: All Counsel of Record (via ECF)