**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUDGE KIMBERLY PROST; JUDGE SOLOMY BALUNGI BOSSA; and JUDGE REINE ADELAIDE SOPHIE ALAPINI-GANSOU,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　　Defendants. | Civil Action No. 26-cv-5305 |

**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Declarations of Judges Kimberly Prost, Solomy Balungi Bossa, and Reine Adelaine Sophie Alapini-Gansou ("Plaintiffs") and Professor Harold Hongju Koh, Plaintiffs will move this Court, before the Hon. Jesse M. Furman, United States District Judge, for an order granting a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining Defendants and their officers, directors, members, agents, servants, employees, and all others acting in concert or participating with any of the foregoing persons and entities from implementing and enforcing, Executive Order 14,203, *Imposing Sanctions on the International Criminal Court*, its implementing regulations and all designations thereunder, and directing Defendants Smith and OFAC to remove Plaintiffs from OFAC's Specially Designated Nationals List.

Plaintiffs further request any other relief as the Court deems just and proper.

1

Dated: July 2, 2026

Respectfully submitted,

**JUDGE KIMBERLY PROST, JUDGE SOLOMY BALUNGI BOSSA, AND JUDGE REINE ADELAIDE SOPHIE ALAPINI-GANSOU,**

By their attorneys,

/s/ *Andrew B. Loewenstein*
Andrew B. Loewenstein (*pro hac vice*)
Amir A. Farhadi (*pro hac vice*)
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
617-832-1000
aloewenstein@foleyhoag.com
afarhadi@foleyhoag.com

Nicholas M. Renzler (NR1608)
Hannah E. Sweeney (6202584)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, NY 10019
212-812-0400
nrenzler@foleyhoag.com
hsweeney@foleyhoag.com

Rawda Fawaz (*pro hac vice*)
FOLEY HOAG LLP
1717 K Street N.W.
Washington, DC 20006
202-223-1200
rfawaz@foleyhoag.com

*Counsel for All Plaintiffs*

James A. Goldston (2327435)
Esti T. Tambay (ET2721)
Genevieve B. Quinn (GQ9239)
Natasha N. Arnpriester (5673678)
OPEN SOCIETY FOUNDATIONS
Open Society Justice Initiative

2

224 West 57th Street
New York, NY 10019, United States
212-548-0600
james.goldston@opensocietyfoundations.org
esti.tambay@opensocietyfoundations.org
genevieve.quinn@opensocietyfoundations.org
natasha.arnpriester @opensocietyfoundations.org

*Counsel for Plaintiff Judge Kimberly Prost*

3