UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- X
                                        :

JUDGE KIMBERLY PROST et al.,                  :

                          :

                Plaintiffs,        :

                          :                 26-CV-5305 (JMF)

         -v-                     :

                          :

PRESIDENT DONALD J. TRUMP, *in his official capacity as*    :
*President of the United States*, et al.,        :

                          :

                          :

------------------------------------------------------------------------------   :

                          :

DEMOCRACY FOR THE ARAB WORLD NOW, INC. *d/b/a*   :
DAWN et al.,                        :

                          :

                Plaintiffs,        :

                          :                 26-CV-5957 (JMF)

         -v-                     :

                          :

PRESIDENT DONALD J. TRUMP, *in his official capacity as*    :                <u>ORDER</u>
*President of the United States*, et al.,        :

                          :

                Defendants.      :

                          :

------------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

        On June 24, 2026, Plaintiffs Judge Kimberly Prost et al. filed a Complaint in 26-CV-

5305.  *See* 26-CV-5305, ECF No. 1.  On July 15, 2026, Plaintiffs Democracy for the Arab World

et al. filed a similar Complaint in 26-CV-5957.  *See* 26-CV-5957, ECF No. 1.  As of this Order,

no motion for consolidation has been filed, but 26-CV-5957 has been accepted by the Court as

related to 26-CV-5305, and the cases appear to involve common questions of law and fact.

        The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of

Civil Procedure for all purposes.  Any party who objects to such consolidation shall file a letter

brief, not to exceed three single-spaced pages, by **July 27, 2026.**  If no party files a letter

opposing consolidation, the Court will consolidate the two cases without further notice to the parties.  By the **same date**, all parties in **both** cases shall confer and file a joint letter addressing next steps in the cases if they are consolidated, including the impact, if any, of such consolidation on the ongoing preliminary injunction motion practice in 26-CV-5305.

     SO ORDERED.

Dated: July 20, 2026
     New York, New York

                   JESSE M. FURMAN
                 United States District Judge