July 27, 2026

**<u>Via ECF</u>**
Hon. Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:    *Prost, et al. v. Trump, et al.*, Case No. 26-cv-5305-JMF
>        *Democracy for the Arab World Now, et al. v. Trump, et al.*,
>           Case No. 26-cv- 5957-JMF

Dear Judge Furman:

The parties in the above-referenced actions write jointly pursuant to the Court's July 20, 2026 Order to address "next steps in the cases if they are consolidated, including the impact, if any, of such consolidation on the ongoing preliminary injunction motion practice in 26-CV-5305."

The parties have conferred and Plaintiffs respectfully submit that consolidation of the two actions is not appropriate, as the Plaintiffs in each action explain in their respective letters filed today.  The Government does not oppose the Plaintiffs' oppositions to consolidation.

Should the Court nonetheless proceed to consolidate the actions, the parties respectfully request that the Court (1) adjudicate each motion for a preliminary injunction on its own merits and in accordance with the briefing schedules set out in the Court's Orders of July 1, 2026 and July 22, 2026 and (2) solicit the parties' views concerning the next steps following its decisions on the preliminary injunction motions.

Respectfully submitted,

| | | |
|---|---|---|
| /s/ Andrew B. Loewenstein | /s/ Joseph Pace | /s/ Danielle Marryshow |
| Andrew B. Loewenstein | Joseph Pace | Danielle Marryshow |
| *Counsel for Prost Plaintiffs* | *Counsel for DAWN Plaintiffs* | *Counsel for Defendants* |

cc: All Counsel of Record (via ECF)