**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JUDGE KIMBERLY PROST, JUDGE SOLOMY
BALUNGI BOSSA, and JUDGE REINE ADELAIDE
SOPHIE ALAPINI-GANSOU,

            Plaintiffs,

            -v-

DONALD J. TRUMP, in his official capacity as
President of the United States, UNITED STATES
DEPARTMENT OF STATE, MARCO A. RUBIO, in
his official capacity as Secretary of State, UNITED
STATES DEPARTMENT OF THE TREASURY,
SCOTT K. H. BESSENT, in his official capacity as
Secretary of the Treasury, UNITED STATES
DEPARTMENT OF JUSTICE, and TODD BLANCHE,
in his official capacity as Acting United States Attorney
General,

            Defendants.

No. 26 Civ. 5305 (JMF)

---

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendants

President Donald J. Trump, United States Department of State, Secretary of State Marco A. Rubio,

United States Department of the Treasury, Secretary of the Treasury Scott K. H. Bessent, United

States Department of Justice, and Acting Attorney General Todd Blanche, by their attorney, James

M. McDonald, United States Attorney for the Southern District of New York, hereby move this

Court for an order dismissing the Complaint in the above-captioned matter pursuant to Rule

12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      July 30, 2026

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By:    */s/ Danielle J. Marryshow*
       DANIELLE J. MARRYSHOW
       MARK OSMOND
       Assistant United States Attorneys
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Tel: (212) 637-2689/2713