**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUDGE KIMBERLY PROST, JUDGE SOLOMY BALUNGI BOSSA, and JUDGE REINE ADELAIDE SOPHIE ALAPINI-GANSOU,<br><br>Plaintiffs,<br><br>-v-<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, UNITED STATES DEPARTMENT OF STATE, MARCO A. RUBIO, in his official capacity as Secretary of State, UNITED STATES DEPARTMENT OF THE TREASURY, SCOTT K. H. BESSENT, in his official capacity as Secretary of the Treasury, UNITED STATES DEPARTMENT OF JUSTICE, and TODD BLANCHE, in his official capacity as Acting United States Attorney General,<br><br>Defendants. | No. 26 Civ. 5305 (JMF) |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendants President Donald J. Trump, United States Department of State, Secretary of State Marco A. Rubio, United States Department of the Treasury, Secretary of the Treasury Scott K. H. Bessent, United States Department of Justice, and Acting Attorney General Todd Blanche, by their attorney, James M. McDonald, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the Complaint in the above-captioned matter pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
July 30, 2026

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By: *<u>/s/ Danielle J. Marryshow</u>*
DANIELLE J. MARRYSHOW
MARK OSMOND
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2689/2713

In light of the Government's cross-motion to dismiss, the briefing schedule is modified as follows:

- Plaintiffs shall file any opposition to the Government's cross-motion and reply in support of their motion for a preliminary injunction, in the form of a single, consolidated memorandum of law not to exceed 9,785 words no later than August 20, 2026; and

- The Government shall file a reply in support of its cross-motion, not to exceed 3,750 words, no later than August 27, 2026.

If either party believes that the schedule (or word limits) should modified, the parties should confer and then seek appropriate relief.

SO ORDERED.

July 31, 2026